# Court of Appeals
# of the State of Georgia

ATLANTA,   December 03, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0124.  IRA RAY SHACKLEFORD v. THE STATE.

Ira Ray Shackleford, who is proceeding pro se, seeks discretionary review of the trial court's order denying his motion to clarify. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, the trial court's order was entered on September 21, 2015, and Shackleford filed his application on November 3, 2015, which was 43 days later. Therefore, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,____12/03/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*